**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3721EA

_____

Calvin C. Hollowell,                                        *
                                                            *
                Plaintiff/Appellant,                        *
                                                            *
        v.                                                  *
                                                            *
Randy Johnson, Sheriff of Pulaski                           *
County; Danny Bradley, Chief Deputy;                        *
Stephen Engstrom, Attorney for the                          *
Sheriff; Nelwyn Davis, Attorney for                         *
Pulaski County; Carolyn Witherspoon,                        *
Attorney for the County Judge; F. G.                        *
Villines, Pulaski County Judge, also                        *
known as Buddy Villines; Robert                             *
Newcomb, Attorney for Bale Chevrolet                        *   Appeals from the United States
GEO; John Earl, Attorney for Bale                           *   District Court for the Eastern
Chevrolet GEO; John Bale, Owner of                          *   District of Arkansas.
Bale Chevrolet GEO; Lowell G.                               *
Kincaid, Acting Chief of Detention;                         *        [UNPUBLISHED]
Michael D. Barkhurst, Chief of                              *
Detention; Danny Harkins, Arkansas                          *
State Police,                                               *
                                                            *
                Defendants/Appellees.                       *


_____

No. 96-3798EA

_____

Calvin C. Hollowell,                                        *
                                                            *

Plaintiff/Appellee,                    *
                                       *
     v.                                *
                                       *
Randy Johnson, Sheriff of Pulaski      *
County; Danny Bradley, Chief Deputy;   *
                                       *
     Defendants,                       *
                                       *
Stephen Engstrom, Attorney for the     *
Sheriff; Nelwyn Davis, Attorney for    *
Pulaski County; Carolyn Witherspoon,   *
Attorney for the County Judge;         *
                                       *
     Defendants/Appellants,            *
                                       *
F. G. Villines, also known as Buddy    *
Villines, Pulaski County Judge; Robert *
Newcomb, Attorney for Bale Chevrolet   *
GEO; John Earl, Attorney for Bale      *
Chevrolet GEO; John Bale, Owner of     *
Bale Chevrolet GEO; Lowell G.          *
Kincaid, Acting Chief of Detention;    *
Michael D. Barkhurst, Chief of         *
Detention; Danny Harkins, Arkansas     *
State Police,                          *
                                       *
     Defendants.                       *


_____

No. 96-3799EA

_____

Calvin C. Hollowell,                   *

-2-

|  | * |
| Plaintiff/Appellee, | * |
|  | * |
| v. | * |
|  | * |
| Randy Johnson, Sheriff of Pulaski County; Danny Bradley, Chief Deputy; Stephen Engstrom, Attorney for the Sheriff; Nelwyn Davis, Attorney for Pulaski County; Carolyn Witherspoon, Attorney for the County Judge; F. G. Villines, also known as Buddy Villines, Pulaski County Judge; Robert Newcomb, Attorney for Bale Chevrolet GEO; John Earl, Attorney for Bale Chevrolet GEO; | * |

Plaintiff/Appellee,

v.

Randy Johnson, Sheriff of Pulaski County; Danny Bradley, Chief Deputy; Stephen Engstrom, Attorney for the Sheriff; Nelwyn Davis, Attorney for Pulaski County; Carolyn Witherspoon, Attorney for the County Judge; F. G. Villines, also known as Buddy Villines, Pulaski County Judge; Robert Newcomb, Attorney for Bale Chevrolet GEO; John Earl, Attorney for Bale Chevrolet GEO;

Defendants,

John Bale, Owner of Bale Chevrolet GEO;

Defendant/Appellant,

Lowell G. Kincaid, Acting Chief of Detention; Michael D. Barkhurst, Chief of Detention; Danny Harkins, Arkansas State Police,

Defendants.
_____

No. 96-3800EA
_____

Calvin C. Hollowell,

Plaintiff/Appellee,                         *
                                            *
        v.                                  *
                                            *
Randy Johnson, Sheriff of Pulaski           *
County; Danny Bradley, Chief Deputy;        *
                                            *
        Defendants/Appellants,              *
                                            *
Stephen Engstrom, Attorney for the          *
Sheriff; Nelwyn Davis, Attorney for         *
Pulaski County; Carolyn Witherspoon,        *
Attorney for the County Judge;              *
                                            *
        Defendants,                         *
                                            *
F. G. Villines, also known as Buddy         *
Villines, Pulaski County Judge;             *
                                            *
        Defendant/Appellant,                *
                                            *
Robert Newcomb, Attorney for Bale           *
Chevrolet GEO; John Earl, Attorney for      *
Bale Chevrolet GEO; John Bale, Owner        *
of Bale Chevrolet GEO;                      *
                                            *
        Defendants,                         *
                                            *
Lowell G. Kincaid, Acting Chief of          *
Detention; Michael D. Barkhurst, Chief      *
of Detention;                               *
                                            *
        Defendants/Appellants,              *
                                            *
Danny Harkins, Arkansas State Police,       *
                                            *
        Defendant.                          *

_____

Submitted:  September 5, 1997
Filed:  September 18, 1997
_____

Before FAGG, HEANEY, and BEAM, Circuit Judges.
_____

PER CURIAM.

Calvin C. Hollowell appeals the district court's dismissal of his civil rights action in which he alleged numerous violations of 42 U.S.C. §§ 1983, 1985, and 1986, and the First and Fourth Amendments.  Three appellees cross-appeal the district court's denial of a motion to recuse, and one appellee appeals the denial of his motion for sanctions.  Having reviewed the record and the parties' briefs, we conclude the court correctly dismissed Hollowell's action for failing to state a claim.  Likewise, the court properly denied the recusal and sanctions motions.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-5-